**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Karen Sanders, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic, Inc.,<br>Defendant. | Case No. 0:26-cv-2406 (DWF/DLM) |
| Hark Kiser, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic, Inc.,<br>Defendant. | Case No. 0:26-cv-02411 (DWF/DLM) |
| Robin Jennings, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02414 (DWF/DLM) |
| Adam McLain, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v. | Case No. 0:26-cv-02416 (DWF/DLM) |

| | |
|---|---|
| Medtronic Inc.,<br>Defendant. | |
| Sabrina Marquardt, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02418 (DWF/DLM) |
| Edward McCollough, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02436 (DWF/DLM) |
| Tristan Tanner, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02445 (DWF/DLM) |
| Wanda Trevino, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02446 (DWF/DLM) |

| | |
|---|---|
| Harvey Edell and Chris Raths, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>Medtronic Inc.; Medtronic USA, Inc.,<br>Defendants. | Case No. 0:26-cv-02465 (DWF/DLM) |
| Terri Running, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02470 (DWF/DLM) |
| Randy Knuckles, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02473 (DWF/DLM) |
| Paul Cartwright, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic, Inc.; Medtronic USA, Inc.<br>Defendants. | Case No. 0:26-cv-02495 (DWF/DLM) |

| | |
|---|---|
| Celeste Williams, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02548 (DWF/DLM) |
| Richard Loughry, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02555 (DWF/DLM) |
| Jerome McGrew, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02558 (DWF/DLM) |
| Dawn Van der Steeg, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.; Medtronic USA, Inc.,<br>Defendants. | Case No. 0:26-cv-02584 (DWF/DLM) |

| | |
|---|---|
| Carlos Jackson, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02598 (DWF/DLM) |
| David Holmes, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-cv-02618 (DWF/DLM) |
| Lisa Riley, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:24-cv-02663 (DWF/DLM) |
| Shanon Qualley, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>Defendant. | Case No. 0:26-02652 (DWF/DLM) |

## JOINT MOTION FOR PRETRIAL ORDER

On June 5, 2026, the Court held a status conference at the Parties' request regarding consolidation and coordination of the above-captioned actions. The parties advised the Court that they had reached agreement on a limited pretrial schedule and that Plaintiffs' counsel had reached agreements with respect to other preliminary matters, such as designating temporary lead counsel. Accordingly, the Parties respectfully submit this proposed Pretrial Order, and requests that the Court order the following:

1. That the above-captioned matters, and any other later actions filed in, transferred, to, or removed to this District as related actions, be consolidated into a single case file without future motion or order;

2. That until further order from the Court, the following preliminary schedule be set:

| Event | Proposed Date |
|---|---|
| File consolidated complaint by: | July 10, 2026 |
| File answer or pre-pleading motion by: | September 8, 2026 |
| File response to any pre-pleading motion by: | October 7, 2026 |
| File reply regarding any pre-pleading motion by: | October 28, 2026 |
| File Rule 26(f) reports | 14 days following the Court's order on any pre-pleading motions |

3. That discovery be stayed until 14 days after the Court issues an order on any pre-pleading motions.

4. Plaintiffs' counsel have conferred and agree that the following counsel be designated as Plaintiffs' Temporary Lead Counsel[1]:

Daniel E Gustafson
Gustafson Gluek PLLC
Canadian Pacific Plaza
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
Office Phone: (612) 333-8844
dgustafson@gustafsongluek.com

5. That Plaintiffs submit for the Court's consideration a consensus recommendation as to the organization of Plaintiffs' counsel by June 23, 2026, or, in the absence of such consensus, that applications for appointment of lead counsel be submitted by June 25, 2026.

6. That other preliminary procedures be governed by the proposed order submitted herewith, or by any other procedures that the Court deems proper.

Dated: June 16, 2026

Respectfully submitted,

By: *_/s/David A. Goodwin_*

Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Joe E. Nelson (#402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

---

[1] Defendants take no position on Plaintiffs' request to designate Temporary Lead Counsel or with respect to Plaintiffs' time to submit future applications for appointment of lead counsel.

jnelson@gustafsongluek.com

*Counsel for Plaintiff Tanner*

By: */s/Marjan A. Batchelor*
Marjan A. Batchelor (#0396346)

**MAYER BROWN LLP**
700 Louisiana St., Suite 3400
Houston, TX 77002
Ph: (713) 238-3000
mbatchelor@mayerbrown.com

*Counsel for Defendant*